**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Reading Division

| | |
|---|---|
| Janeil R. Sinclair,<br><br>*Debtor*. | Chapter 7<br>Case No. 26-10304-PMM |

**Praecipe to Withdraw Document 70**

To the Clerk of Court:

Please withdraw the Chapter 7 Statement of Your Current Monthly Income Form 122A-1 and Statement of Exemption from Presumption of Abuse Form 22A-1Supp which were filed with the Court on February 10, 2026, as ECF No. 10. Thank you.

Date: February 10, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com