Affirm, Inc.
Attn: Bankruptcy
30 Isabella St Fl 4
Pittsburgh, PA 15212-5862

Aspire Serving Center
Attn: Bankruptcy
P.O Box 659705
Des Moines, IA 50265-0970

Berkheimer Associates
Attn: Bankruptcy
PO Box 25132
Lehigh Valley, PA 18002

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Comenity Bank/Buckle
Attn: Bankruptcy
P.O.Box 182273
Columbus, OH 43218-2273

Comenity Capital Bank/Ffe21 Cc
Comenity Capital Bank, Bankruptcy Department PO Box 182125
Columbus, OH 43218-2125

Cornerstone
PO Box 82561
Lincoln, NE 68501

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Department Store National
Bank/MacY's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Discover Financial
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Midland Credit Management,
Inc. (Ulta)
Po Box 2037
Warren, MI 48090-2037

National Credit Management
Attn: Bankruptcy
10845 Olive Blvd, Suite 210
Saint Louis, MO 63141

Nelnet
Attn: Bankruptcy
121 S 13th St
Lincoln, NE 68508-1904

New Jersey EZ Pass
Attn: Bankruptcy
P.O. Box 52001
Newark, NJ 07101

Penn Credit Corp
Attn: Bankruptcy
2800 Commerce Dr
Harrisburg, PA 17110-9307

Pennsylvania Dept. of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Port Authority of NY & NJ
Attn: Bankruptcy
4 World Trade Ctr
New York, NY 10007

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064

University of Pittsburgh
Thackeray Hall
139 University Pl #130
Pittsburgh, PA 15260