**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Reading Division

| | |
|---|---|
| Janeil R. Sinclair,<br><br>　　　　　　　　　　*Debtor*. | Chapter 7<br>Case No. 26-10304-PMM |

**Praecipe to Withdraw Document 9**

To the Clerk of Court:

Please withdraw the Motion to Extend time to File Schedules, Statements and Related Documents, which was filed with the Court on February 10, 2026, as ECF No. 9. Thank you.

Date: February 10, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
　　Michael A. Cibik (#23110)
　　1500 Walnut Street, Suite 900
　　Philadelphia, PA 19102
　　215-735-1060
　　mail@cibiklaw.com