**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Reading Division

| | |
|---|---|
| Janeil R. Sinclair,<br><br>                    *Debtor.* | Chapter 7<br>Case No. 26-10304-PMM |

**Certificate of Service**

I, Michael A. Cibik, certify that on February 11, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Chapter 7 Bankruptcy Case

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: February 11, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - First Class Mail:**

**Berkheimer Associates**
Attn: Bankruptcy
P.O. Box 25132
Lehigh Valley, PA 18002

**Midland Credit Management, Inc.**
P.O. Box 2037
Warren, MI 48090-2037

**National Credit Management**
Attn: Bankruptcy
10845 Olive Blvd, Suite 210
Saint Louis, MO 63141

**New Jersey EZ-PASS**
Attn: Bankruptcy
P.O. Box 52001
Newark, NJ 07101

**Penn Credit Corp**
Attn: Bankruptcy
2800 Commerce Dr
Harrisburg, PA 17110-9307

**Port Authority of NY & NJ**
Attn: Bankruptcy
4 World Trade Center
150 Greenwich Street
New York, NY 10007