Certificate Number: 16339-PAE-DE-040730948

Bankruptcy Case Number: 26-10304



16339-PAE-DE-040730948

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 13, 2026, at 6:55 o'clock PM EDT, Janeil Sinclair completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 13, 2026              By:  /s/Kris Krumal

                                   Name:  Kris Krumal

                                   Title:  Certified Financial Counselor