United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-10304-pmm |
| Janeil R. Sinclair | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: May 15, 2026 | Form ID: 318 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Janeil R. Sinclair, 45 N 6th St Apt 297, Allentown, PA 18101-1101 |
| 15096916 | | Comenity Capital Bank/Ffe21 Cc, Comenity Capital Bank, Bankruptcy Depart, Columbus, OH 43218-2125 |
| 15102657 | + | National Credit Management, Attn: Bankruptcy, 10845 Olive Blvd, Suite 210, Saint Louis, MO 63141-7794 |
| 15102658 | + | New Jersey EZ Pass, Attn: Bankruptcy, P.O. Box 52001, Newark, NJ 07101-8201 |
| 15102660 | + | Port Authority of NY & NJ, Attn: Bankruptcy, 4 World Trade Ctr, New York, NY 10007-0042 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | May 16 2026 04:14:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | + | Email/Text: taxclaim@countyofberks.com | May 16 2026 00:18:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 16 2026 00:18:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 15096912 | | Email/PDF: AffirmBKNotifications@resurgent.com | May 16 2026 00:17:41 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15096913 | | Email/Text: claimbnk@studentloan.org | May 16 2026 00:18:00 | Aspire Serving Center, Attn: Bankruptcy, P.O Box 659705, Des Moines, IA 50265-0970 |
| 15102653 | | Email/Text: dltlegal@hab-inc.com | May 16 2026 00:18:00 | Berkheimer Associates, Attn: Bankruptcy, PO Box 25132, Lehigh Valley, PA 18002 |
| 15096914 | | EDI: JPMORGANCHASE | May 16 2026 04:14:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15096915 | | EDI: WFNNB.COM | May 16 2026 04:14:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 15096917 | + | EDI: WFNNB.COM | May 16 2026 04:14:00 | Comenity/Ulta, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15096918 | ^ | MEBN | May 16 2026 00:12:37 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15096919 | + | EDI: CCS.COM | May 16 2026 04:14:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15096921 | | EDI: DISCOVER | May 16 2026 04:14:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 15, 2026 | Form ID: 318 | Total Noticed: 27 |

| Recip ID | | Notice type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15096920 | | EDI: CITICORP | May 16 2026 04:14:00 | Department Store National Bank/MacY's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15096922 | | EDI: IRS.COM | May 16 2026 04:14:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15102656 | | Email/Text: bankruptcydpt@mcmcg.com | May 16 2026 00:18:00 | Midland Credit Management,, Inc. (Ulta), Po Box 2037, Warren, MI 48090-2037 |
| 15096923 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 16 2026 00:18:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 15102659 | | Email/Text: bankruptcies@penncredit.com | May 16 2026 00:18:00 | Penn Credit Corp, Attn: Bankruptcy, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 15096924 | | EDI: PENNDEPTREV | May 16 2026 04:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15096925 | + | EDI: SYNC | May 16 2026 04:14:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15096926 | | EDI: SYNC | May 16 2026 04:14:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15102661 | | Email/Text: dia52@pitt.edu | May 16 2026 00:18:00 | University of Pittsburgh, Thackeray Hall, 139 University Pl #130, Pittsburgh, PA 15260 |
| 15096927 | + | Email/Text: dia52@pitt.edu | May 16 2026 00:18:00 | University of Pittsbur, 127 Thackeray Hall, Pittsburgh, PA 15213-2519 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15102655 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15102654 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Department Store National, Bank/MacY's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2026                    Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

District/off: 0313-4                          User: admin                                   Page 3 of 3
Date Rcvd: May 15, 2026                       Form ID: 318                                   Total Noticed: 27

LYNN E. FELDMAN

          trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MICHAEL A. CIBIK

          on behalf of Debtor Janeil R. Sinclair help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Janeil R. Sinclair | Social Security number or ITIN   xxx–xx–0556 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number:   26–10304–pmm | | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Janeil R. Sinclair

5/14/26

**By the court:**  Patricia M. Mayer
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318                **Order of Discharge**                page 2