**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

Janeil R. Sinclair,                                    Chapter 7

        Debtor                                    Case No.26-10304


**PRAECIPE TO AMEND ADDRESS**


**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.


| **Old Address**: | **New Address:** |
|---|---|
| 45 N. 6th Street, Apt.297 | 5265 Rockrose Ln, Bldg F22 |
| Allentown, PA 18101 | Allentown, PA 18104 |


Date:  June 1, 2026                         CIBIK LAW, P.C.
                                            Attorney for Debtor


By: /s/ Michael A. Cibik
    Michael A. Cibik, Esquire
    Attorney I.D. 23110
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    P: 215-735-1060/F: 215-735-6769
    E:  cibik@cibiklaw.com